Michael Kind, Esq.
Nevada Bar No.: 13903
**KAZEROUNI LAW GROUP, APC**
7854 W. Sahara Avenue
Las Vegas, NV 89117
Phone: (800) 400-6808 x7
mkind@kazlg.com

Sara Khosroabadi, Esq.
Nevada Bar No.: 13703
**HYDE & SWIGART**
7854 W. Sahara Avenue
Las Vegas, NV 89117
Phone: (619) 233-7770
sara@westcoastlitigation.com

David H. Krieger, Esq.
Nevada Bar No.: 9086
**HAINES & KRIEGER, LLC**
8985 S. Eastern Avenue, Suite 130
Henderson, NV 89123
Phone: (702) 880-5554
dkrieger@hainesandkrieger.com
*Attorneys for Plaintiff Jolene B. Macrae*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Jolene B. Macrae,<br><br>                    Plaintiff,<br>v.<br><br>Security Finance Corporation of Nevada, Wells Fargo Bank, N.A., Royal Management, LLC *dba* Courtesy Loans, Equifax Information Services, LLC, Experian Information Solutions, Inc. and Trans Union LLC,<br><br>                    Defendants. | Case No.: 2:16-cv-02856-RFB-VCF<br><br>**Stipulation to Dismiss Trans Union LLC** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Jolene B. Macrae ("Plaintiff") and Defendant Trans Union LLC ("Defendant") stipulate to dismiss with prejudice Plaintiff's claims against Defendant only in this matter. Each party will bear its own costs, disbursements, and attorney fees.

DATED this 17th day of March 2017

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind
7854 W. Sahara Avenue
Las Vegas, NV 89117
*Attorneys for Plaintiff*

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

By: /s/ Jason G. Revzin
Jason G. Revzin, Esq.
6385 South Rainbow Blvd., Suite 600
Las Vegas, NV 89118
*Attorneys for Defendant*
*Trans Union LLC*

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
United States District Judge
Dated: March 20, 2017.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on March 17, 2017, the foregoing STIPULATION AND ORDER TO DISMISS DEFENDANT TRANS UNION LLC was served by email to all parties appearing in this case as follows:

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind
7854 W. Sahara Avenue
Las Vegas, NV 89117